# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2842

_____

Dewayne Hughes,                          *
                                         *
            Appellant,                   *
                                         *   Appeal from the United States
      v.                                 *   District Court for the Eastern
                                         *   District of Arkansas.
Correctional Medical Services;           *
Larry Bowler, Dr., Maximum               *   [UNPUBLISHED]
Security Unit, ADC; Roland               *
Anderson, Dr., Maximum Security          *
Unit, ADC; Robert Scott, Dr.,            *
Arkansas Department of Correction,       *
                                         *
            Appellees.                   *

_____

Submitted: October 14, 2009
Filed: October 21, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Dewayne Hughes appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Roe v. Crawford, 514 F.3d 789, 793 (8th Cir.) (standard of review), cert. denied, 129 S. Ct. 109 (2008), we find no basis--and Hughes has provided none--for overturning the district court's well-reasoned opinion. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.